**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03096-PAB

JAMES K. THOMAS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 18] of Judge Philip A. Brimmer entered on April 18, 2014, it is

    **ORDERED** that the decision of Commissioner of Social Security is reversed and remanded.  It is further

    **ORDERED** that judgment is hereby entered in favor of plaintiff JAMES K. THOMAS and against defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security.  It is further

    **ORDERED** that plaintiff JAMES K. THOMAS is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 21st day of April, 2014.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

          By:  s/  Kathy Preuitt-Parks
                    Kathy Preuitt-Parks
                    Deputy Clerk